# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAITU NEGUS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NISSAN MOTOR ACCEPTANCE CORPORATION; CREDIT CONTROL, LLC; and DOES 1 through 100, Inclusive,<br><br>　　　　Defendants. | Case No.: CV 21-9015-DMG (JCx)<br><br>**ORDER APPROVING STIPULATION AND MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE [13]** |

　　　Based on the parties' Joint Stipulation and Motion to Dismiss Entire Action, with Prejudice, the above-captioned action is hereby dismissed with prejudice. The Court retains jurisdiction to enforce the parties' settlement.

IT IS SO ORDERED.

DATED: February 9, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE